**FILED**

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. Case No. **'08 MJ 8543** |
| Plaintiff, | ) <u>COMPLAINT FOR VIOLATION OF:</u> |
| v. | ) Title 8, U.S.C., Section 1326 |
| Nelson VELASQUEZ | ) Deported Alien Found In the United States |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

On or about June 14, 2008, within the Southern District of California, defendant Nelson VELASQUEZ, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) , and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF JUNE 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

I, Senior Border Patrol Agent Luis Salas declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complaint states that this complaint is based upon statements in the investigative reports by the apprehending agent, Supervisory Border Patrol Agent Edward Villanueva that on June 14, 2008, the defendant, a native and citizen of Honduras, was apprehended near Calexico, California. Nelson VELASQUEZ was apprehended approximately seven miles east of the Calexico, California Port of Entry.

Agent Villanueva was performing line watch duties approximately seven miles east of the Calexico, California Port of Entry. At approximately 1:30 P.M. Agent Villanueva was working the area where the Alamo River flows north from Mexico. This area is commonly used for alien smugglers due to the proximity of the International Boundary to Highway 98. Agent Villanueva was working this area (Alamo River) when he encountered a group of twelve individuals hiding in the bushes. Agent Villanueva identified himself as a United States Border Patrol Agent and performed a field immigration interview of the twelve individuals. During the field immigration interview, one of the individuals, later identified as Nelson VELASQUEZ, claimed to be deaf and mute. Nelson VELASQUEZ was in possession of an identification card stating that he is a citizen and national of Honduras. Nelson VELASQUEZ was not in possession of any documentation that would allow him to enter, reside or remain in the United States legally. Nelson VELASQUEZ was placed under arrest and transported to the Calexico, California Border Patrol Station for further processing.

Record checks revealed that Nelson VELASQUEZ was deported to Mexico from the United States on January 10, 2008. Record checks also revealed that Nelson VELASQUEZ has an extensive criminal record.

Nelson VELASQUEZ could not have his Miranda Rights read to him because he is deaf and mute. There is no evidence that Nelson VELASQUEZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

Executed on June 15, 2008 at 1255.

Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on June 14, 2008 in violation of Title 8, United States Code 1326.

Peter C. Lewis
United States Magistrate Judge

06/15/08    7:00 pm
1255
Date/Time