AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA     WAIVER OF INDICTMENT

v.

NELSON VELASQUEZ     CASE NUMBER: 08cr2512-Ben

FILED JUL 29 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

I, NELSON VELASQUEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_VELASQUEZ_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer